ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
PAMELA L. McGAHA
Nevada Bar No. 8181
Pamela.McGaha@lewisbrisbois.com
E. MATTHEW FREEMAN
Nevada Bar No 14198
Matt.Freeman@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
Attorneys for Defendant
State Farm Mutual Automobile Insurance Company

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

***

| | |
|---|---|
| JOSHUA MOLINA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; and DOES I through X, inclusive and ROE ENTITIES I-X, inclusive,<br><br>　　　　Defendants. | CASE NO.: 2:21-cv-0051-KJD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE DISPOSITIVE MOTIONS**<br><br>**FIRST REQUEST** |

　　　　Pursuant to LR 6-1 and LR 26-3, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the deadline to file dispositive motions in the above-captioned case sixty (60) days, up to and including Tuesday, February 15, 2022.

　　　　This Request for an extension of time is not sought for any improper purpose or other purpose of delay.  This request for extension is based upon the following:

　　　　Counsel for Defendant is currently preparing for trial in *Latham v. City of Henderson*, Eighth Judicial District Court Case No. A-19-790017-C and also in *Barrese v. Las Vegas Metropolitan Police Department, et al*, United States District Court Case No. 2:18-cv-1671-KJD-EJY.



4863-3586-3556.1

WHEREFORE, the parties respectfully request that this Court extend the time for the parties to file their dispositive motions by sixty (60) days from the current deadline of December 17, 2021 up to and including February 15, 2022.

Dated this 22nd day of November, 2021.

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Pamela L. McGaha
ROBERT W. FREEMAN
Nevada Bar No. 3062
PAMELA L. McGAHA
Nevada Bar No. 8181
E. MATTHEW FREEMAN
Nevada Bar No. 14198
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Attorneys for Defendant
State Farm Mutual Automobile Insurance Company

Dated this 22nd day of November, 2021.

KAPLAN COTTNER

/s/ Kory L. Kaplan
KYLE P. COTTNER
Nevada Bar No. 12722
KORY L. KAPLAN
Nevada Bar No. 13164
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED.

Dated this 22nd day of November, 2021.

_____
UNITED STATES MAGISTRATE JUDGE