1  ROBERT W. FREEMAN
   Nevada Bar No. 3062
2  Robert.Freeman@lewisbrisbois.com
   E. MATTHEW FREEMAN
3  Nevada Bar No 14198
   Matt.Freeman@lewisbrisbois.com
4  LEWIS BRISBOIS BISGAARD & SMITH LLP
   6385 S. Rainbow Boulevard, Suite 600
5  Las Vegas, Nevada 89118
   702.893.3383
6  FAX: 702.893.3789
   Attorneys for Defendant
7  State Farm Mutual Automobile Insurance Company

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

***

| | |
|---|---|
| JOSHUA MOLINA,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; and DOES I through X, inclusive and ROE ENTITIES I-X, inclusive,<br><br>Defendants. | CASE NO.: 2:21-cv-0051-KJD-VCF<br><br>~~STIPULATION AND~~ ORDER TO EXTEND THE DEADLINE TO FILE DEFENDANT'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT<br><br>FIRST REQUEST |

Pursuant to LR 6-1 and LR 26-3, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the deadline to file Defendant's Reply in Support of Summary Judgment in the above-captioned case fourteen (14) days, up to and including Tuesday, April 5, 2022.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon the following:

Counsel for Defendant was preparing for oral argument in Ramos v. Clark County Detention Center – 2:19-cv-0124-RFB-VCF as well as tending to various other matters.

…

…

…

4867-7925-0198.1

WHEREFORE, the parties respectfully request that this Court extend the time for Defendant to file its Reply in Support of Summary Judgment by fourteen (14) days from the current deadline of March 22, 2022 up to and including April 5, 2022.

Dated this 18th day of March, 2022.

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Robert W. Freeman
ROBERT W. FREEMAN
Nevada Bar No. 3062
E. MATTHEW FREEMAN
Nevada Bar No. 14198
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Attorneys for Defendant
State Farm Mutual Automobile Insurance Company

Dated this 18th day of March, 2022.

KAPLAN COTTNER

/s/ Kory L. Kaplan
KYLE P. COTTNER
Nevada Bar No. 12722
KORY L. KAPLAN
Nevada Bar No. 13164
10091 Park Run Drive, Suite 190
Las Vegas, Nevada 89145
*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED.

Dated this 22nd day of March, 2022.

_____
UNITED STATES DISTRICT JUDGE

4867-7925-0198.1

2