1  ROBERT W. FREEMAN
   Nevada Bar No. 3062
2  Robert.Freeman@lewisbrisbois.com
   E. MATTHEW FREEMAN
3  Nevada Bar No 14198
   Matt.Freeman@lewisbrisbois.com
4  LEWIS BRISBOIS BISGAARD & SMITH LLP
   6385 S. Rainbow Boulevard, Suite 600
5  Las Vegas, Nevada 89118
   702.893.3383
6  FAX: 702.893.3789
   Attorneys for Defendant
7  State Farm Mutual Automobile Insurance Company

8               UNITED STATES DISTRICT COURT

9           DISTRICT OF NEVADA, SOUTHERN DIVISION

10                          ***

11 JOSHUA MOLINA,                    CASE NO.: 2:21-cv-0051-KJD-VCF

12          Plaintiff,               **STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE THE JOINT PRETRIAL ORDER**
13      vs.

14 STATE FARM MUTUAL AUTOMOBILE      **FIRST REQUEST**
   INSURANCE COMPANY; and DOES I
15 through X, inclusive and ROE ENTITIES I-X,
   inclusive,
16
            Defendants.
17

18      Pursuant to LR 6-1 and LR 26-3, the parties, by and through their respective counsel of

19 record, hereby stipulate and request that this Court extend the deadline to file the Joint Pretrial

20 Order in the above-captioned case sixty (60) days, up to and including Friday, December 23, 2022.

21      This Request for an extension of time is not sought for any improper purpose or other

22 purpose of delay.  This request for extension is based upon the following:

23      Counsel for Defendant is preparing for mediations in multiple cases that are set through the

24 end of November 2022.  In addition, counsel for Defendant is preparing for trial in *Veladores, et

25 al. v. LVMPD, et al.*, 2:17-cv-0062-RFB-VCF set to begin on December 5, 2022.

26      Counsel for Plaintiff is preparing for trial in *Cash Cloud, Inc. v. Luis Flores, et. al.*, A-19-

27 807370-B, set to begin on October 20, 2022, and a 5-day arbitration in *ECS Brands, Ltd. v.

28 Centuria Foods, Inc., et. al.*, 01-20-0008-6145, set to begin on November 14, 2022.  Counsel for



4874-2768-8762.1

Plaintiff is also preparing for multiple depositions and mediations in multiple cases set through the end of November 2022.

The parties are diligently working on the Joint Pre-Trial Order, however, require sixty (60) additional days to finalize the same. The parties are also engaging in settlement discussions.

WHEREFORE, the parties respectfully request that this Court extend the time for the parties to file the Joint Pretrial Order by sixty (60) days from the current deadline of October 24, 2022 up to and including December 23, 2022.

Dated this 17th day of October, 2022.

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Robert W. Freeman
ROBERT W. FREEMAN
Nevada Bar No. 3062
E. MATTHEW FREEMAN
Nevada Bar No. 14198
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant
State Farm Mutual Automobile Insurance Company*

Dated this 17th day of October, 2022.

KAPLAN YOUNG

/s/ Kory L. Kaplan
KORY L. KAPLAN
Nevada Bar No. 13164
10091 Park Run Drive, Suite 190
Las Vegas, Nevada 89145
*Attorneys for Plaintiff*

## **ORDER**

IT IS SO ORDERED.

Dated this 17th day of October, 2022.

_____
UNITED STATES MAGISTRATE JUDGE