```
 1  ROBERT W. FREEMAN
    Nevada Bar No. 3062
 2  Robert.Freeman@lewisbrisbois.com
    E. MATTHEW FREEMAN
 3  Nevada Bar No 14198
    Matt.Freeman@lewisbrisbois.com
 4  LEWIS BRISBOIS BISGAARD & SMITH LLP
    6385 S. Rainbow Boulevard, Suite 600
 5  Las Vegas, Nevada 89118
    702.893.3383
 6  FAX: 702.893.3789
    Attorneys for Defendant
 7  State Farm Mutual Automobile Insurance Company
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

\*\*\*

| JOSHUA MOLINA,<br><br>             Plaintiff,<br><br>     vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; and DOES I through X, inclusive and ROE ENTITIES I-X, inclusive,<br><br>             Defendants. | CASE NO.: 2:21-cv-0051-KJD-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
|---|---|

IT IS HEREBY STIPULATED and AGREED between Plaintiff JOSHUA MOLINA, ("Plaintiff"), by and through his counsel, KAPLAN YOUNG, and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY., ("Defendant"), by and through its counsel, LEWIS BRISBOIS BISGAARD & SMITH, LLP, that Plaintiff's remaining Breach of

...

...

...

...

...

...

...

4862-7890-5661.1

Contract claim against Defendant in the above entitled action shall be dismissed, with prejudice, each party to bear their own attorneys' fees and costs.

Dated: December 13, 2022.

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/

ROBERT W. FREEMAN
Nevada Bar No. 3062
E. MATTHEW FREEMAN
Nevada Bar No. 14198
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant*
*State Farm Mutual Automobile Insurance Company*

Dated: December 13, 2022.

KAPLAN YOUNG

KORY L. KAPLAN
Nevada Bar No. 13164
10091 Park Run Drive, Suite 190
Las Vegas, Nevada 89145
*Attorneys for Plaintiff*

**ORDER**

**IT IS SO ORDERED.**

DATED this  15th  day of  December , 2022.

_____
UNITED STATES DISTRICT COURT JUDGE